UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA LAND SERVICES, INC.
   v.                                     Case No. 98-1907 (DRD)
INTERMARES GROUP, INC.

## ORDER

Plaintiff served a summons and amended complaint on defendant Intermares Group, Inc. on August 26, 1999. (Docket No. 5 ). As of the present date, it does not appear that defendant has answered or otherwise responded to the complaint. Pursuant to Rule 12(a) of the Federal Rules of Federal Procedure, Defendant must serve an answer upon plaintiff within 20 days after being served with the summons and complaint. Defendant's time to answer this case has since expired. Plaintiff, therefore, is to apply to the court or the Clerk for entry of default in favor of plaintiff and against the nonresponding Defendant pursuant to Fed. R. Civ. Pro. Rule 55 by November 15, 1999. Plaintiff may, of course, move for default prior to November 15, 1999. Plaintiff are forewarned that failure to move for default may signal to the court lack of prosecution on their part.

Date: October 20, 1999

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:              EOD:

By:                 # 7

N:\98-1907.DFT