UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA LAND SERVICES, INC.
v.
INTERMARES GROUP, INC.

CASE NUMBER: 98-1907 (DRD)



## JUDGMENT

| MOTION | RULING |
|---|---|
| **Date Filed:** 10/28/99  **Docket #** 28<br>[X] **Plffs**    [ ] **Defts**<br>[ ] **Other**<br><br>**Title:** MOTION REQUESTING ENTRY OF JUDGEMENT BY DEFAULT | Pursuant to the order issued on this same date, default judgment is hereby entered for Plaintiff Sea Land Services, Inc. and against Defendants Intermares Group, Inc. for the amount of $9,860.00, plus $3,451.00 for collection fees, plus legal interest from date of maturity, plus costs |

DATE: October 29, 1999

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

Rec'd:          EOD:

By:             #



N:\98-1907J.DFT