534-64     IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| SEA LAND SERVICES, INC. | * | CIVIL NO.: 98-1907 (DRD) |
| | * | |
| Plaintiff | * | |
| | * | IN RE: |
| vs. | * | |
| | * | COLLECTION OF MONIES |
| INTERMARES GROUP, INC. | * | (Demurrage Charges) |
| | * | |
| Defendant | * | |

************************

### ORDER

Upon reviewing plaintiff's motion requesting the execution proceedings of the judgment entered on October 29, 1999 in the amount of $9,860.00 plus 35% for collection fees for the amount of $13,311.00, plus legal interest from the date of maturity and costs.

**ORDERED** that the Clerk of the Court issue a Writ of Execution of Judgment and as many other necessary until satisfaction of the judgment is obtained, directing the Cestero & Co., Inc. to proceed forthwith to attach and sell in public auction so much of defendant's personal and real property as may be necessary to satisfy the full amount of said judgment pursuant to the terms of plaintiff's motion, together with all interest accrued thereupon from the date of its entry and all attachment and execution expenses.

**ORDERED** that any bank or similar financial institution with funds or deposit of any type, including the contents of safe deposit boxes, negotiable instruments and any such commercial paper belonging to defendant, will



freeze and hold the aforesaid and turn them over to the Cestero & Co., Inc. to be deposited with the Clerk of the Court.

**ORDERED** that any funds held by third parties that are currently due and owing to defendant be turned over to Cestero & Co., Inc. and deposited with the Clerk of the Court. Any funds that will become due and owing for deposit with the Clerk of the Court. Cestero & Co., Inc. will give notice to all such parties that if they should fail to comply with this Order they will be found in contempt of Court.

**ORDERED** that defendant Jimmy Used Cars is hereby enjoined from selling, transferring, encumbering, or in any way alienating any and all property subject to this Order wherever it may be located. Defendant is hereby appraised that a violation of any of the provisions of this Order will result in a finding of contempt by this Court.

**ORDERED** that any property attached pursuant to this Order is to be deposited with Mr. Reynaldo Cestero, Cestero & Co., Inc., whose address is 511 Hostos Ave., Suite 203, Hato Rey, PR 00918, and telephone number 764-7229.

In carrying out the provisions of this Order the Cestero & Co., Inc. or the person designated by him, pursuant to Rule 69 of the Federal Rules of Civil Procedure, will follow the procedures established by Puerto Rico Civil Procedure, Rule 51.2 regarding the execution of judgments. Specifically, that Cestero & Co., Inc. will strictly adhere to the procedures for carrying out

the public sale of the property attached as established by the Puerto Rico Rules of Civil Procedure, Rule 51.8.

The plaintiff is exempt from posting an attachment bond since the remedies contained in this Order are granted after the entry of judgment. Plaintiff is authorized to appear at any public sale that takes place pursuant to this Order, in which case their bid shall be deducted from the amount adjudged in their favor.

**SO ORDERED.**

In San Juan, Puerto Rico, this _30_ day of _November_ 1999.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE