UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
'00 NOV 13 PM 10:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**SEA LAND SERVICES, INC.,**

v.   **CASE NUMBER: 98-1907 (DRD)**

**INTERMARES GROUP, INC.**

## ORDER

| MOTION | RULING |
|---|---|
| **Date filed:** October 30, 2000<br><br>[X] Plff         [ ] Deft<br>[ ] Other<br><br>**Title:** MOTION REQUESTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE | **APPROVED.** The court hereby approves plaintiff's Motion Requesting Voluntary Dismissal Without Prejudice. Pursuant to Fed. R. Civ. P. 41(a), the court hereby dismisses all claims by Plaintiff against Defendants without prejudice. Judgment shall be entered accordingly.<br><br>IT IS SO ORDERED. |

Date: November 9, 2000.

**DANIEL R. DOMINGUEZ**
U.S. District Judge