UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


RECEIVED & FILED
'00 NOV 13 PM 10 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

SEA LAND SERVICES, INC.,

v.                                                          CASE NUMBER: 98-1907 (DRD)

INTERMARES GROUP, INC.

## JUDGMENT

| MOTION | RULING |
|---|---|
| Date filed: October 30, 2000<br><br>[X] Plff                              [ ] Deft<br>[ ] Other<br><br>Title: MOTION REQUESTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE | The Court, having approved on this same date plaintiff's Motion Requesting Voluntary Dismissal Without Prejudice, hereby enters judgment dismissing this action against Defendant without prejudice.<br>IT IS SO ADJUDGED AND DECREED. |

Date: November 7, 2000

DANIEL R. DOMINGUEZ
U.S. District Judge